Received 7/8/2025 CCF

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JUN 25 2025
LONG ISLAND OFFICE

REC'D IN PRO SE OFFICE
JUN 26 '25 PM 3:07

RECEIVED
JUN 26 2025
EDNY PRO SE OFFICE

Maryann Maltese
19 Ringler Drive
East Northport, NY 11731
1:25 CV 1292
June 27, 2025

Re. (1:24 CV 07356 - HGLB) evidences

Please accept the docket of US appeals dismissing 1:24 CV 07356 on May 6, 2025 as additional evidences of SCPD inappropriate arrest of Maryann Maltese on May 7, 2025.

Arrests of Maryann Maltese is implications on March 9, 2024, May 7, 2025 and February 28, 2025, Plaintiff Public officer is prostituting herself.

Eastern filing of Sexual lewd action reported to Clerk @ Eastern is as well factual.

- ADD the "Stalking by SCPD" to arrest me on my inactive Service while dissipating me from USC28 hearing 1:24 CV 06209, January 2, 2024 in failure of Browns appearance

1:25CV1292
6/27/2025

On January 2, 2024 as Employer agent to bring offer of Public Office pension and failure of private notice of claim of sexual offense on plane Delta on date reported in incident.

Failure of Eastern is permitting undesirables continued leverages and arresting Plaintiff w/o lifeblood pension.

● arrest May 7, 2025 — is a felony of Maryann Maltese

✳ failure of May 6, 2025 permitted Scott Stalking while Brown failed in required Fiduary as of 1/1/2024.

~~Regards~~

personal failure of Eastern

add docket of USC 28 failure in 1:24CV07386 + 1:23CV06204 as

Regards
Maryann Maltese

Evidence 1:25cu1292    CLOSED,NPROSE

**U.S. District Court**   Exhibit A
**Eastern District of New York (Brooklyn)**
**CIVIL DOCKET FOR CASE #: 1:24-cv-07356-HG-LB**

Maltese v. Delta Airlines Corporation et al
Assigned to: Judge Hector Gonzalez
Referred to: Magistrate Judge Lois Bloom
related Cases: 1:25-cv-01292-RPK-MMH
                1:25-cv-02651-RPK-MMH
                1:25-cv-03238-RPK-MMH
Case in other court: New York Southern, 1:24-cv-07221
Cause: 28:1331 Fed. Question

Date Filed: 10/21/2024
Date Terminated: 10/28/2024
Jury Demand: Plaintiff
Nature of Suit: 320 Assault Libel & Slander
Jurisdiction: Federal Question

### Plaintiff

**MaryAnn Maltese**     represented by    **MaryAnn Maltese**
19 Ringler Drive
E. Northport, NY 11371
*PRO SE*

V.

### Defendant

**Delta Airlines Corporation**     represented by    **Samantha Mary Diorio**
Connell Foley LLP
875 Third Avenue
21st Floor
New York, NY 10022
212-307-3700
Fax: 212-542-3790
Email: sdiorio@connellfoley.com
*ATTORNEY TO BE NOTICED*

### Defendant

**TD Bank Regional NYS**     represented by    **Yudi Katie Wang**
Duane Morris LLP
230 Park Ave
Suite 1130
New York, NY 10169
212-404-8740
Email: ywang@duanemorris.com
*ATTORNEY TO BE NOTICED*

### Defendant

**Rachel Kovner, Judiciary**
*Eastern District Court*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/24/2024 | 1 | COMPLAINT against Delta Airlines Corporation, Eastern District Court, TD Bank Regional NYS. (Filing Fee $ 405.00, Receipt Number 33162)Document filed by MaryAnn Maltese.(laq) [Transferred from New York Southern on 10/21/2024.] (Entered: 10/02/2024) |
| 09/24/2024 | 2 | PRO SE CONSENT TO RECEIVE ELECTRONIC SERVICE. The following party: Maryann Maltese consents to receive electronic service via the ECF system. Document filed by MaryAnn Maltese.(laq) [Transferred from New York Southern on 10/21/2024.] (Entered: 10/02/2024) |
| 09/24/2024 | 3 | CIVIL COVER SHEET filed. (laq) [Transferred from New York Southern on 10/21/2024.] (Entered: 10/02/2024) |
| 09/24/2024 |  | Magistrate Judge Stewart D. Aaron is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (laq) [Transferred from New York Southern on 10/21/2024.] (Entered: 10/02/2024) |
| 09/30/2024 |  | SUMMONS ISSUED as to Delta Airlines Corporation, Eastern District Court, TD Bank Regional NYS. (laq) [Transferred from New York Southern on 10/21/2024.] (Entered: 10/02/2024) |
| 10/02/2024 |  | CASE MANAGEMENT NOTE: For each electronic filing made in a case involving a self-represented party who has not consented to electronic service, the filing party must serve the document on such self-represented party in a manner permitted by Fed. R. Civ. P. 5(b)(2) (other than through the ECF system) and file proof of service for each document so served. Please see Rule 9.2 of the courts ECF Rules & Instructions for further information..(laq) [Transferred from New York Southern on 10/21/2024.] (Entered: 10/02/2024) |
| 10/02/2024 | 4 | STANDING ORDER IN RE CASES FILED BY PRO SE PLAINTIFFS (See 24-MISC-127 Standing Order filed March 18, 2024). To ensure that all cases heard in the Southern District of New York are handled promptly and efficiently, all parties must keep the court apprised of any new contact information. It is a party's obligation to provide an address for service; service of court orders cannot be accomplished if a party does not update the court when a change of address occurs. Accordingly, all self-represented litigants are hereby ORDERED to inform the court of each change in their address or electronic contact information. Parties may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery. Parties may also ask the court for permission to file documents electronically. Forms, including instructions for consenting to electronic service and requesting permission to file documents electronically, may be found by clicking on the hyperlinks in this order, or by accessing the forms on the courts website, nysd.uscourts.gov/forms. The procedures that follow apply only to cases filed by pro se plaintiffs. If the court receives notice from the United States Postal Service that an order has been returned to the court, or otherwise receives information that the address of record for a self-represented plaintiff is no longer valid, the court may issue an Order to Show Cause why the case should not be dismissed without prejudice for failure to comply with this order. Such order will be sent to the |

| | | |
|---|---|---|
| | | plaintiffs last known address and will also be viewable on the court's electronic docket. A notice directing the parties' attention to this order shall be docketed (and mailed to any self-represented party that has appeared and has not consented to electronic service) upon the opening of each case or miscellaneous matter that is classified as pro se in the court's records. (Signed by Judge Laura Taylor Swain on 3/18/2024) (laq) [Transferred from New York Southern on 10/21/2024.] (Entered: 10/02/2024) |
| 10/02/2024 | | Case Designated ECF. (laq) [Transferred from New York Southern on 10/21/2024.] (Entered: 10/02/2024) |
| 10/03/2024 | 6 | SUMMONS RETURNED EXECUTED Summons and Complaint served. TD Bank Regional NYS served on 9/25/2024, answer due 10/16/2024. Service was made by Mail. Document filed by TD Bank Regional NYS. (yv) [Transferred from New York Southern on 10/21/2024.] (Entered: 10/07/2024) |
| 10/03/2024 | 7 | SUMMONS RETURNED EXECUTED Summons and Complaint served. Eastern District Court served on 9/25/2024, answer due 10/16/2024. Service was made by Mail. Document filed by Eastern District Court. (yv) [Transferred from New York Southern on 10/21/2024.] (Entered: 10/07/2024) |
| 10/03/2024 | 8 | SUMMONS RETURNED EXECUTED Summons and Complaint served. Delta Airlines Corporation served on 9/25/2024, answer due 10/16/2024. Service was made by Mail. Document filed by Delta Airlines Corporation. (yv) [Transferred from New York Southern on 10/21/2024.] (Entered: 10/07/2024) |
| 10/04/2024 | 5 | ORDER: Accordingly, the Court is inclined to transfer this case to the Eastern District of New York pursuant to 28 U.S.C. § 1406(a). See 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."). Plaintiff is ORDERED TO SHOW CAUSE no later than October 11, 2024 as to why this action should not be transferred to the Eastern District of New York. In the alternative, if Plaintiff is willing to transfer this action to the Eastern District of New York, the Court requests that Plaintiff submit a letter stating that it consents to the transfer of this action to the Eastern District of New York no later than October 11, 2024. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Plaintiff is directed to serve a copy of this order on all Defendants in this action and to retain proof of service. The Clerk of Court is directed to mail a copy of this order to Plaintiff. SO ORDERED. (Signed by Judge Gregory H. Woods on 10/4/2024) (sgz) [Transferred from New York Southern on 10/21/2024.] (Entered: 10/04/2024) |
| 10/07/2024 | 9 | NOTICE OF APPEARANCE by Samantha Mary Diorio on behalf of Delta Airlines Corporation..(Diorio, Samantha) [Transferred from New York Southern on 10/21/2024.] (Entered: 10/07/2024) |
| 10/17/2024 | 10 | LETTER MOTION for Extension of Time to File Answer re: 1 Complaint addressed to Judge Gregory H. Woods from Y. Katie Wang dated October 17, 2024. Document filed by TD Bank Regional NYS..(Wang, Yudi) [Transferred from New York Southern on 10/21/2024.] (Entered: 10/17/2024) |

| | | |
|---|---|---|
| 10/17/2024 | 11 | ORDER granting 10 Letter Motion for Extension of Time to Answer re 1 Complaint.Application granted. Defendant's application for an extension of time to answer or otherwise respond to the complaint, Dkt. No. 10, is granted. The deadline for Defendant to answer or otherwise respond to the complaint is extended to November 20, 2024. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 10. SO ORDERED. Delta Airlines Corporation answer due 11/20/2024; Eastern District Court answer due 11/20/2024; TD Bank Regional NYS answer due 11/20/2024. (Signed by Judge Gregory H. Woods on 10/17/2024) (tg) [Transferred from New York Southern on 10/21/2024.] (Entered: 10/18/2024) |
| 10/18/2024 | 12 | ORDER: Because venue does not lie in this district for the reasons set forth in the Court's October 4, 2024 order, Dkt. No. 5, and the interest of justice weighs in favor of transferring the case to the district that encompasses the court identified as the proper venue, this case is hereby transferred under 28 U.S.C. § 1406(a) to the Eastern District of New York. The Clerk of Court is directed to transfer this case to Eastern District without delay. Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service. SO ORDERED. (Signed by Judge Gregory H. Woods on 10/18/2024) (sgz) [Transferred from New York Southern on 10/21/2024.] (Entered: 10/21/2024) |
| 10/18/2024 | 13 | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court - District of Eastern District of New York.(sgz) [Transferred from New York Southern on 10/21/2024.] (Entered: 10/21/2024) |
| 10/21/2024 | 14 | Case transferred in from District of New York Southern; Case Number 1:24-cv-07221. Original file certified copy of transfer order and docket sheet received. (Entered: 10/21/2024) |
| 10/21/2024 | 15 | Clerk's Notice Re: Consent. A United States Magistrate Judge has been assigned to this case and is available to conduct all proceedings. In accordance with Rule 73 of the Federal Rules of Civil Procedure, Local Rule 73.1, the parties are notified that if all parties consent, the assigned Magistrate Judge is available to conduct all proceedings in this action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to this Notice is a blank copy of the consent form that should be filled out, signed and filed electronically only if all parties wish to consent. Any party may withhold its consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent.The form may also be accessed at the following link: https://img.nyed.uscourts.gov/files/forms/MJConsentForm.pdf (KD) (Entered: 10/21/2024) |
| 10/21/2024 | | Case Reassigned to Judge Hector Gonzalez. Judge Rachel P. Kovner no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (KD) (Entered: 10/21/2024) |
| 10/25/2024 | 16 | ORDER: For the reasons stated in the attached Order, Plaintiff's claims against Judge Kovner are dismissed as frivolous, and Plaintiff's claims against Delta and TD Bank are dismissed as duplicative, without prejudice to Plaintiff pursuing her claims in the litigation pending in Case No. 24-cv-4311.<br><br>Although Plaintiff paid the filing fee in this action, the Court certifies pursuant to 28 |

| | | |
|---|---|---|
| | | U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. *Coppedge v. United States*, 269 U.S. 438, 444-45 (1962).<br><br>The Clerk of Court is respectfully directed to enter judgment consistent with this Order, close this case, and mail a copy of this Order to the *pro se* Plaintiff. Ordered by Judge Hector Gonzalez on 10/25/2024. (ICP) (Entered: 10/25/2024) |
| 10/28/2024 | 17 | CLERK'S JUDGMENT: that Plaintiff's claims against Judge Kovner are dismissed as frivolous; that Plaintiff's claims against Delta and TD Bank are dismissed as duplicative, without prejudice to Plaintiff pursuing her claims in the litigation pending in Case No. 24-cv-4311; that pursuant to 28 U.S.C. § 1915(a)(3), any appeal would not be taken in good faith; and that in forma pauperis status is denied for purpose of an appeal. Coppedge v. United States, 269 U.S. 438, 444-45 (1962). Signed by Deputy Clerk, Jalitza Poveda, on behalf of Clerk of Court, Brenna B. Mahoney, on 10/28/2024. (copy of appeals packet and judgment mailed to pro se). (JP) (Entered: 10/28/2024) |

 Gmail     Maryann Maltese <maryannmaltese1000@gmail.com>

## PACER Auto Payment Failure

**Maryann Maltese** <maryannmaltese1000@gmail.com>     Mon, Jun 23 at 6:11 PM
To: <pscmsg@psc.uscourts.gov>

Good afternoon.

Why are the Pacer charging me $76.40 and blocking my access?

I have not used this amount of printing from the Pacer site.

Please update the records.
[Quoted text hidden]